■ ICD Group, Inc., Appellant, v Igor Raykhelson et al., Respondents.

No opinion. Concur—Kupferman, J. P., Asch, Kassal and Rubin, JJ.